FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GENSCI ORTHOBIOLOGICS, INC.,

    Plaintiff, and
    Counterclaim Defendant,

v.

OSTEOTECH, INC.,

    Defendant and
    Counterclaim Plaintiff

AND RELATED CROSS ACTION

Case No.: CV 99-10111-MRP (EEx)

**JOINT STIPULATION CONCERNING FILING OF DISMISSAL DOCUMENTS**

    Through their respective counsel, Plaintiff/Counterclaim Defendant GenSci OrthoBiologics, Inc., ("GenSci OrthoBiologics"), Counterclaim Defendant GenSci Regeneration Sciences, Inc. ("GenSci Sciences") (collectively, the "GenSci parties"), and Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Osteotech, Inc. ("Osteotech") hereby stipulate as follows:

    WHEREAS, on May 29, 2003 the GenSci Parties and Osteotech entered into a Joint Settlement Agreement and Agreements for Release of Claims and Amendment of Plan of Reorganization (the "Joint Settlement Agreement") pursuant to which, *inter alia*, they agreed to resolve by settlement Cases Nos. 99-10111-MRP, 00-2313-MRP and 00-11342-MRP pending in the United States District Court for the Central District of California;

    WHEREAS, on June 3, 2003 the GenSci Parties and IsoTis, S.A. ("IsoTis") announced the execution of a definitive merger agreement, the execution of which required the amendment of certain provisions of the Joint Settlement Agreement;

    WHEREAS, a proposed amendment to the Joint Settlement Agreement has been circulated and is being reviewed by the GenSci Parties and Osteotech, who expect to execute an amendment shortly;

    WHEREAS, the Joint Settlement Agreement, as amended, will be incorporated in GenSci OrthoBiologic's Plan of Reorganization in Case No. SA 01-20438 RA (the "GenSci OrthoBiologic

Bankruptcy Case") and requires the acceptance by creditors and a hearing and confirmation of the Plan of Reorganization pursuant to 11 U.S.C. § 1129 by the United States Bankruptcy Court;

WHEREAS, the hearing on GenSci OrthoBiologic's Disclosure Statement has been extended until August 26, 2003 by the United States Bankruptcy Court for the Central District of California in order for GenSci OrthoBiologics to amend the Plan of Reorganization and Disclosure Statement to reflect the proposed merger with IsoTis and the dismissal of GenSci Science's Chapter 11 case; and

WHEREAS, in connection with the proposed merger between the GenSci Parties and IsoTis, GenSci Sciences has undertaken to obtain approval from the British Columbia Supreme Court of a Plan of Arrangement under the British Columbia Company Act; a process which is expected to be completed by October 2003;

NOW THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES:

1. Upon entry of a Final Order by the United States Bankruptcy Court confirming GenSci OrthoBiologic's Plan of Reorganization, which is expected to occur no later than November 30, 2003, the GenSci Parties and Osteotech shall promptly file with the District Court a Consent Judgment and a Stipulation of Dismissal;

2. Pursuant to the Standing Order of Reference, the United States Bankruptcy Court shall retain jurisdiction for all matters regarding the administration and confirmation of GenSci OrthoBiologic's Plan of Reorganization, provided however that the District Court shall maintain original jurisdiction over the GenSci OrthoBiologic Bankruptcy Case and Osteotech reserves any and all rights to move for withdrawal of the reference in accordance with 28 U.S.C. § 157(d).

Dated: July 25, 2003        HOWREY SIMON ARNOLD & WHITE, LLP

By: _____
    Richard J. Codding
Attorneys for Plaintiff and
Counterclaim-Defendant GENSCI
GENSCI ORTHOBIOLOGICS, INC.
and Third Party Defendant GENSCI
REGENERATION SCIENCES, INC.

Dated: July 24, 2003        DORSEY & WHITNEY LLP

By: _____
    Mark S. Sullivan
Attorneys for Defendant, Counterclaim-Plaintiff
and Third Party Plaintiff OSTEOTECH, INC.

IT IS SO ORDERED

Dated: July 28, 2003

_____
United States District Judge

1  John E. McDermott (State Bar No. 51047)
2  Richard J. Codding (State Bar No. 128302)
   HOWREY SIMON ARNOLD & WHITE, LLP
3  550 S. Hope Street, Suite 1400
   Los Angeles, California 90071-2627
4  Telephone: (213) 892-1800

5  Attorneys for Plaintiff and Counterclaim Defendant
   GENSCI ORTHOBIOLOGICS, INC.
6  and Third Party Defendant
   GENSCI REGENERATION SCIENCES, INC.
7

8  Juan C. Basombrio (State Bar No. 150703)
   DORSEY & WHITNEY LLP
9  650 Town Center Drive, Suite 1850
   Costa Mesa, California 92626
10 Telephone: (714) 662-7300

11 Mark S. Sullivan (Admitted Pro Hac Vice)
   DORSEY & WHITNEY LLP
12 250 Park Avenue
   New York, New York 10177
13 Telephone: (212) 415-9245

14
   Ronald J. Brown (Admitted Pro Hac Vice)
15 Craig D. Diviney (Admitted Pro Hac Vice)
   Kenneth E. Levitt (Admitted Pro Hac Vice)
16 DORSEY & WHITNEY LLP
   220 South Sixth Street
17 Minneapolis, MN 55402

18 Attorneys for Defendant, Counterclaim Plaintiff
   and Third Party Plaintiff OSTEOTECH, INC.
19

20

21

22

23

24

25

26

27

28