

1 | John E. McDermott (State Bar No. 51047)
Richard J. Codding (State Bar No. 128302)
2 | HOWREY SIMON ARNOLD & WHITE, LLP
550 South Hope Street, Suite 1400
3 | Los Angeles, California 90071
Tel:   (213) 892-1800
4 | Fax:  (213) 892-2300

5 | Attorneys for Plaintiff and Counterclaim Defendant
GENSCI ORTHOBIOLOGICS, INC. and Third Party Defendant
6 | GENSCI REGENERATION SCIENCES, INC.

7 | Juan C. Basombrio  (State Bar No. 150703)
DORSEY & WHITNEY LLP
8 | 650 Town Center Drive, Suite 1850
Costa Mesa, California 92626
9 | Tel:   (714) 662-7300
Fax:  (714) 662-5576

10

11 | Mark S. Sullivan (Admitted Pro Hac vice)
DORSEY & WHITNEY LLP
12 | 250 Park Avenue
New York, New York 10177
Tel:   (212) 415-9245
13 | Fax:  (212) 953-7201

14 | Attorneys for Defendant, Counterclaim Plaintiff
and Third Party Plaintiff OSTEOTECH, INC.

**FILED**
CLERK, U.S. DISTRICT COURT

**NOV 1 0 2003**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

**ENTERED**
CLERK, U.S. DISTRICT COURT

**NOV 2 0 2003**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GENSCI ORTHOBIOLOGICS, INC., | · Case No. CV 99-10111-MRP (Eex) |
| Plaintiff and Counterclaim Defendant, | |
| vs. | **CONSENT JUDGMENT** |
| OSTEOTECH, INC., , | |
| Defendant and Counterclaim Plaintiff. | |
| AND RELATED CROSS-ACTIONS. | **Honorable Mariana R. Pfaelzer** |

HOWREY SIMON
ARNOLD & WHITE LLP

1116

1    The parties hereto, having resolved their differences and having consented to the

2    entry of the following judgment in this case, it is hereby:

3    ORDERED, ADJUDGED, AND DECREED between the parties hereto that:

4

5    1.    This Court has jurisdiction over the parties and the subject matter of this

6    action.

7

8    2.    GenSci OrthoBiologics, Inc. and GenSci Regeneration Sciences, Inc.

9    (collectively "GenSci") and Osteotech, Inc. ("Osteotech") have entered into a

10   Settlement Agreement and this Consent Judgment is entered pursuant to the Settlement

11   Agreement.

12

13   3.    GenSci and each of its subsidiaries, officers, directors, employees and

14   agents and those in active concert or participation with them who receive actual notice

15   of this judgment ( with GenSci to provide either actual notice or the names and

16   addresses of such entities to Osteotech), are hereby enjoined and restrained from

17   making, using, selling or offering for sale DynaGraft Gel and DynaGraft Putty for the

18   duration of the terms of U.S. Patent Nos. 5,290,558 and 5,284,655.

19

20   4.    GenSci shall pay Osteotech $7,500,000 in accordance with the terms of the

21   parties' Settlement Agreement.

22

23

24

25

26

27

28

1          5.     Each party shall bear its own costs.  No party will receive an award of

2    attorney fees.

3

4    **APPROVED AS TO FORM AND SUBSTANCE:**

5
     Richard J. Codding                              Mark S. Sullivan
6    HOWREY SIMON ARNOLD & WHITE, LLP                DORSEY & WHITNEY LLP

7

8    By:                                            By:
           Richard J. Codding                              Mark S. Sullivan
9
     Attorney for Plaintiffs/Counterclaim            Attorney for Defendant/Counter-
10   Defendant GTENSCI ORTHOBIOLOGICS,               claim Plaintiff/Third Party Plaintiff
     INC. and Third Party Defendant GENSCI           OSTEOTECH, INC.
11   REGENERALTION SCIENCES, INC.

12
           **IT IS SO ORDERED, AND JUDGMENT SHALL BE ENTERED**
13   **ACCORDINGLY**

14

15
     DATED:  November 5, 2003
16                                                   Mariana R. Pfaelzer
                                                     UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

HOWREY SIMON
ARNOLD & WHITE LLP

                                      -2-

*GenSci OrthoBiologics, Inc.. v. Osteotech, Inc.*
USDC, C.D. Cal. No. 99-10111-MRP (CTx)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I, Elaine L. Mohr, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within entitled action; my business address is 550 South Hope Street, Suite 1400, Los Angeles, California 90071.

    On **November 5, 2003** I served upon the interested party(ies) in this action the foregoing document described as

**CONSENT JUDGMENT**

[X]    By placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

[X]    **BY MAIL** I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ]    **BY FEDERAL EXPRESS** I caused such envelope(s) to be placed for Federal Express collection and delivery at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the Federal Express delivery date is more than one day after date of deposit with the local Federal Express office, pursuant to this affidavit.

[ ]    **BY PERSONAL SERVICE** I caused such document to be delivered by hand, pursuant to CCP § 1011 to the offices of :

[ ]    **BY FACSIMILE** By sending a copy of said document by facsimile machine for instantaneous transmittal via telephone line to the offices of the addressee(s) listed on the attached service list using the following facsimile numbers:

[X]    **FEDERAL:**   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on November 5, 2003 at Los Angeles, California.

*Elaine L. Mohr*
Elaine L. Mohr

**SERVICE LIST**

Attorneys for OSTEOTECH, INC.

Mark S. Sullivan, Esq.
Donald E. Watnick, Esq.
Jacob Thomas, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, New York 10177

Telephone:  212/ 415-9286
Facsimile:  212/ 953-7201


Juan C. Basombrio, Esq.
Paul N. Tauger, Esq.
Dorsey & Whitney LLP
650 Town Center Drive, Suite 1850
Costa Mesa, California  92626

Telephone:  714/ 662-7300
Facsimile:  714/ 662-5576